# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ROCKY DWIGHT SIMBECK

      Plaintiff

  v.

                                                            Civil Action No.  3:24-cv-89

ELKHART COUNTY, IN

ELKHART COUNTY COURTS, *Superior Court 4 Judge*

GRETCHEN S LUND, *Judicial Officer*

VICKI ELAINE BECKER, *Prosecuting Attorney*

GOSHEN PUBLIC DEFENDER, *State of Indiana*

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Joseph S Van Bokkelen.

DATE: 4/12/2024          CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*